**Motion GRANTED and Order filed September 23, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00794-CV

———————

## IN RE ANGLO DUTCH ENERGY LLC, EXPLORER INVESTMENTS, LLC AND SAXTON RIVER CORPORATION, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-36322**

## ORDER

On September 18, 2015, relators Anglo Dutch Energy, L.L.C., Explorer Investments, LLC and Saxton River Corporation, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Robert Schaffer, Judge of the 152nd District Court, in Harris County, Texas, to set aside

his order granting Defendants' Motion for Partial New Trial on attorney's fees dated June 1, 2015 and his order setting trial dated August 11, 2015 entered in trial court number 2010-36322, styled *Anglo Dutch Energy, L.L.C., et. al. v. Crawford Hughes Operating Co., et. al.*.

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On September 18, 2015, relators asked this court to stay all orders and rulings relating to a new trial in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings related to the new trial in trial court cause number 2010-36322, *Anglo Dutch Energy, L.L.C., et. al. v. Crawford Hughes Operating Co., et. al.,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests Crawford Hughes Operating Co. et. al., the real parties-in-interest, to file a response to the petition for writ of mandamus on or before October 7, 2015. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.